884 A.2d 889

Ronald DEAN, Sr., Audrey Dean, Emmaline Perry, John Jones, Mary Jones, Harry Fox, Blanche Fox, Joel Berkheimer, Melissa Berkheimer, Thomas Heston, David Crooks, M.D., Renee Crooks, Michelle Watson, Jeremy Hite, Tina Hite, Joseph Watson, Lawrence Watson, Kathleen Rokavec, M.D., Kevin Rokavec, Virginia Barlow, M.D., Terry Patrick, Glenda Patrick, Natalie Bailey, Mildred Knowlton, Wayne Knowlton, Beverly Ingham, Vernon Ingham, Denise Buchholz, Denise Miller, Charlotte Voorhees, Richard Young, David Freeman, Pearl Young, Vernon Howard, Arlene Saulter, Kevin Gledhill, Albert Gledhill, Lavern Saulter, Betty Saulter, Carl G. Clark, Appellants

v.

POTTER COUNTY BOARD OF ELECTIONS and Board of Commissioners and Dawn A. Fink, Appellees.

Supreme Court of Pennsylvania.

Oct. 28, 2005.

Jerry Arthur Philpott, Duncannon, for Ronald Dean, Sr., et al., appellants.

Samuel C. Stretton, West Chester, for Dawn Fink, appellee.

D, Bruce Cahilly, Coudersport, for Potter County Com'rs and Board of Elections, appellees.

## ORDER

PER CURIAM.

AND NOW, this 28th day of October 2005, the Order of the Court of Common Pleas of Potter County is hereby AFFIRMED.

Justice SAYLOR dissents.